QUIN DENVIR, Bar No. 49374
Federal Defender
801 I Street, Third Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
STERLING MUNDY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR S-05-0150 EJG |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **STIPULATION AND** |
| ) | **ORDER** |
| STERLING MUNDY, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

      Plaintiff United States, by its counsel, Assistant United States Attorney William Wong, and defendant Sterling Mundy, by his counsel, Federal Defender Quin Denvir, hereby stipulate and agree that the status conference currently calendared for May 13, 2005 should be continued to Friday, May 27, 2005 at 9:00 a.m.  The government is in the process of providing defendant the initial discovery in the

/ / / / /

/ / / / /

/ / / / /

case.  The parties agree that time should be excluded under Local Code T-4 through May 27, 2005.

DATED: May 9, 2005                Respectfully submitted,

                                  MCGREGOR SCOTT
                                  United States Attorney


                                  /s/ Quin Denvir
                                  Telephonically authorized to sign for
                                  WILLIAM WONG
                                  Assistant U. S. Attorney


DATED: May 9, 2005                /s/ Quin Denvir
                                  QUIN DENVIR
                                  Federal Defender

                                  Attorney for Defendant Mundy



**O R D E R**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.


DATED: May 10, 2005               /s/ Edward J. Garcia
                                  EDWARD J. GARCIA
                                  United States District Judge