QUIN DENVIR, Bar No. 49374
Federal Defender
801 I Street, Third Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
STERLING MUNDY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR S-05-0150 EJG |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **STIPULATION AND** |
| ) | **ORDER**     C/EJG |
| STERLING MUNDY, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Plaintiff United States, by its attorney, Assistant United States Attorney William Wong, and defendant Sterling Mundy, by his attorney, Federal Defender Quin Denvir, hereby stipulate and agree that the status conference currently calendared for May 27, 2005 should be continued to Friday, June 17, 2005 at 10:00 a.m.  The government is in the process of responding to a defense request for additional discovery.  The parties agree that time should be excluded

/ / / / /

/ / / / /

/ / / / /

through June 17, 2005 under Local Code T-4 for attorney preparation.

DATED: May 26, 2005          Respectfully submitted,

MCGREGOR SCOTT
United States Attorney


/s/ Quin Denvir
Telephonically authorized to sign for
WILLIAM WONG
Assistant U. S. Attorney


DATED: May 26, 2005          /s/ Quin Denvir
QUIN DENVIR
Federal Defender

Attorney for Defendant Mundy




**O R D E R**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.


DATED: May 26, 2005          /s/ Edward J. Garcia
EDWARD J. GARCIA
Senior United States District Judge

U.S. v. Mundy
Stipulation/Proposed Order
CR S-05-0150 EJG                    2