QUIN DENVIR, Bar No. 49374
Federal Defender
801 I Street, Third Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
STERLING MUNDY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR S-05-0150 EJG |
| Plaintiff, ) | |
| v. ) | **STIPULATION AND** |
| ) | **ORDER** |
| STERLING MUNDY, ) | |
| Defendant. ) | C/EJG |
| _____) | |

Plaintiff United States, by its attorney, Assistant United States Attorney William Wong, and defendant Sterling Mundy, by his attorney, Federal Defender Quin Denvir, hereby stipulate and agree that the status conference currently calendared for August 12, 2005 should be continued to Friday, September 2, 2005 at 10:00 a.m. The parties require additional time to resolve a discovery request and to discuss a possible resolution without trial. The parties agree that

/ / / / /

/ / / / /

/ / / / /

1

time should be excluded through September 2, 2005 under Local Code T-4 for attorney preparation.

```
                         Respectfully submitted,

                         MCGREGOR SCOTT
                         United States Attorney


DATED: August 11, 2005   /s/ Quin Denvir
                         Telephonically authorized to sign for
                         WILLIAM WONG
                         Assistant U. S. Attorney


DATED: August 11, 2005   /s/ Quin Denvir
                         QUIN DENVIR
                         Federal Defender

                         Attorney for Defendant Mundy
```

**O R D E R**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

```
DATED: August 11, 2005   /S/Edward J. Garcia
                         EDWARD J. GARCIA
                         Senior United States District Judge
```

U.S. v. Mundy
Stipulation/Proposed Order
CR S-05-0150 EJG                    2