```
QUIN DENVIR, Bar No. 49374
Federal Defender
801 I Street, Third Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
STERLING MUNDY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR S-05-0150 EJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION AND** |
| | ) | **ORDER** |
| STERLING MUNDY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

      Plaintiff United States, by its attorney, Assistant United States Attorney William Wong, and defendant Sterling Mundy, by his attorney, Federal Defender Quin Denvir, hereby stipulate and agree that the status conference currently calendared for September 2, 2005 should be continued to Friday, September 9, 2005 at 10:00 a.m. for change of plea. The parties require additional time to finalize a plea agreement. The parties agree that time should be excluded

/ / / / /

/ / / / /

/ / / / /

1

through September 9, 2005 under Local Code T-4 for attorney preparation.

                                        Respectfully submitted,

                                        MCGREGOR SCOTT
                                        United States Attorney

DATED: August 31, 2005        /s/ Quin Denvir
                                        Telephonically authorized to sign for
                                        WILLIAM WONG
                                        Assistant U. S. Attorney

DATED: August 31, 2005        /s/ Quin Denvir
                                        QUIN DENVIR
                                        Federal Defender

                                        Attorney for Defendant Mundy

**O R D E R**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

DATED: August 31, 2005        /s/ Edward J. Garcia
                                        EDWARD J. GARCIA
                                        Senior United States District Judge