IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

STERLING MUNDY,

        Defendant.
_____/

CR. NO. S-05-0150 EJG

ORDER DIRECTING UNITED STATES TO FILE A RESPONSE

    Defendant, a federal prisoner proceeding pro se, has filed a motion for return of seized property, pursuant to Federal Rule of Criminal Procedure 41(g).  The United States is directed to file a response to the motion within 30 days from the filing date of this order.  Defendant shall have 30 days from the date of service of the response upon him to file a reply.  The motion will stand submitted upon receipt of the reply.  Failure to file a reply or to seek an extension of time to reply within the time stated, will be deemed a waiver of the reply brief.

    IT IS SO ORDERED.

Dated: September 1, 2006

                              /s/ Edward J. Garcia
                              EDWARD J. GARCIA, JUDGE
                              UNITED STATES DISTRICT COURT