IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

STERLING MUNDY,

        Defendant.
_____/

CR. NO. S-05-0150 EJG

ORDER DENYING DEFENDANT'S
MOTION FOR RETURN OF PROPERTY

    Defendant, a federal prisoner proceeding pro se, has filed a motion for return of property. Specifically, defendant seeks $700 seized from his person at the time of his arrest and an additional $10,000 taken from a safe in his girlfriend's apartment, several days after the arrest. After reviewing the record and the documents filed in connection with the motion, the court has determined that it should be denied.

## Discussion

    Defendant pled guilty on September 30, 2005 to a violation of 18 U.S.C. § 922(g), felon in possession of a firearm. He was sentenced December 16, 2005 to a term of 78 months incarceration

1

and 3 years supervised release.  Among other things, the plea agreement provided that defendant would not contest the forfeiture of money seized from him at the time of his arrest on April 7, 2005.

As the government notes in its response to defendant's motion for return of property, defendant is contractually bound to the plea agreement, including his acquiescence in the forfeiture of money seized from him at the time of his arrest, thus the $695 documented in the police report and referenced in the plea agreement was lawfully forfeited to the government. Defendant's claim for return of $10,000 seized from his girlfriend's apartment fails for lack of proof.  Neither defendant nor his girlfriend have submitted any evidence by way of affidavit or otherwise showing either the existence of or entitlement to any such money.

Based on the foregoing, defendant's motion for return of property is DENIED.

IT IS SO ORDERED.

Dated: December 19, 2006

/s/ Edward J. Garcia  
EDWARD J. GARCIA, JUDGE  
UNITED STATES DISTRICT COURT

2