UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
December 08, 2015
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STERLING MUNDY,<br><br>Defendant. | Case No. 2:05-cr-00150-WBS<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  STERLING MUNDY ,

Case No.  2:05-cr-00150-WBS  from custody for the following reasons:

    **X**   Release on Personal Recognizance

          Bail Posted in the Sum of $

          Unsecured Appearance Bond $

          Appearance Bond with 10% Deposit

          Appearance Bond with Surety

          Corporate Surety Bail Bond

    **X**   (Other): Released under same terms and conditions of supervised released previously imposed.

Issued at Sacramento, California on December 08, 2015 at _____

By: _____

Magistrate Judge Carolyn K. Delaney